UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEE MORTENSON,<br><br>     Plaintiff,<br><br>     v.<br><br>BUTTE COUNTY JAIL,<br><br>     Defendant. | No.  2:16-cv-1628-EFB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1]  On July 21, 2016, the court informed plaintiff that to proceed with this action he must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis within thirty days.  *See* 28 U.S.C. §§ 1914(a), 1915(a).  The court warned plaintiff that failure to so comply would result in a dismissal of this action.  The time for acting has passed, and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  August 29, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).